David Freitag, Respondent, v. Jacob Rechnitz and Others, Appellants.— Motion denied on condition that the defendant pay ten dollars costs and forthwith perfect the appeal and file the return in this court. Otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Clarence E. Hopkins, Respondent, v. Calleson Horse Company, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Application of Andrew Dittrich, Executor, etc., under the Last Will and Testament of Mary Dittrich, Deceased, for the Removal of Ellen C. Duffy, as Executrix and as Testamentary Trustee under the Said Last Will and Testament.— Motion to amend record denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Charles H. Gardner, Individually and as General Guardian of Gustav Gardner, an Infant, etc.— Motion granted. Fee of the guardian ad litem to be paid out of the father's fund. Present — Woodward, Jenks, Gaynor and Rich, JJ.

William G. Jones, Appellant, v. Frederick Waldemar Fuchs and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

John Kascsak, Respondent, v. Central Railroad Company of New Jersey, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

John G. Liebler, Respondent, v. Dennis Winter, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfect his appeal and file his return within twenty days, in which event the motion is denied, without costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Elias Mandel, Respondent, v. Morris Manson and George Jacobson, Doing Business under the Firm Name of Manson & Jacobson, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Motion to compel the filing of the return dismissed as to the municipal justice; in other respects motion granted, without costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Louis W. Olms, Appellant, v. Theodore A. Bingham, Individually, etc., and Others, Respondents.— Motion for reargument denied, without costs, and order modified by striking out the provision for costs and disbursements. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Hillary H. Quarmby, by Sarah Ann Quarmby, His Guardian ad Litem, Respondent, v. James Weir's Sons, Appellant.— Motion granted, with ten dollars costs, unless the appeal is perfected and return filed within twenty days, in which event the motion is denied, without costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Tilly Schnurr, Appellant, v. Alexander Quinn, Respondent. — Motion for reargument denied. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Emma A. Serviss, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Motion denied on condition that defendant pay ten dollars costs and perfect the appeal within one week after the return of Mr.